STATE OF NEW JERSEY v. GLEN JOSEPH ROBERTS.

May 12, 1986.

Petition for certification granted.